**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re:<br><br>    Rosalyn J Johnson<br><br>    Debtor(s) | Case No. 10 B 02628 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

    Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

    1) The case was filed on 01/25/2010.

    2) The plan was confirmed on 03/30/2010.

    3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 03/30/2010, 03/08/2011.

    4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

    5) The case was Completed on 09/09/2015.

    6) Number of months from filing to last payment: 67.

    7) Number of months case was pending: 71.

    8) Total value of assets abandoned by court order: NA.

    9) Total value of assets exempted: NA.

    10) Amount of unsecured claims discharged without payment: $211,641.04.

    11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $25,055.20 |
| Less amount refunded to debtor | $1,369.72 |

**NET RECEIPTS:** $23,685.48

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $3,489.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $1,049.16 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $4,538.16

Attorney fees paid and disclosed by debtor:    $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| A/R Concepts Inc | Unsecured | 75.00 | NA | NA | 0.00 | 0.00 |
| ACL Laboratories | Unsecured | 23.00 | NA | NA | 0.00 | 0.00 |
| Advocate Health Care | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| AES/Wachovia | Unsecured | 6,884.00 | NA | NA | 0.00 | 0.00 |
| AFNI | Unsecured | 730.00 | NA | NA | 0.00 | 0.00 |
| Allied Credit | Unsecured | 78.00 | NA | NA | 0.00 | 0.00 |
| American Collection Corp | Unsecured | 582.00 | NA | NA | 0.00 | 0.00 |
| Arbor Center For Eye Center | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| Armor Systems Corporation | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| Asset Acceptance | Unsecured | 1,354.00 | NA | NA | 0.00 | 0.00 |
| Asset Acceptance | Unsecured | 413.00 | 449.44 | 449.44 | 8.99 | 0.00 |
| Bank Of America | Unsecured | 1,183.00 | 764.74 | 764.74 | 15.29 | 0.00 |
| Becket & Lee | Unsecured | 153.00 | NA | NA | 0.00 | 0.00 |
| B-Line LLC | Unsecured | 143.00 | 145.00 | 145.00 | 2.90 | 0.00 |
| Capital One Bank | Unsecured | 808.00 | 815.66 | 815.66 | 16.31 | 0.00 |
| CCS | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| Chest Medicine Consultant | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| City Of Chicago Dept Of Revenue | Unsecured | 700.00 | 402.60 | 402.60 | 8.05 | 0.00 |
| Collection Company Of America | Unsecured | 740.00 | NA | NA | 0.00 | 0.00 |
| Consumer Portfolio Services | Unsecured | 14,827.83 | 7,256.83 | 7,256.83 | 145.14 | 0.00 |
| Consumer Portfolio Services | Secured | 14,827.83 | 7,075.00 | 7,075.00 | 7,075.00 | 380.99 |
| Dependon Collection Service | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| Educational Credit Management Corp | Unsecured | 18,523.00 | 21,243.17 | 21,243.17 | 424.86 | 0.00 |
| Fifth Third Bank | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| HSBC | Unsecured | 782.00 | NA | NA | 0.00 | 0.00 |
| Illinois Collection Service | Unsecured | 404.00 | NA | NA | 0.00 | 0.00 |
| Illinois Dept of Revenue 0414 | Priority | 200.00 | 908.90 | 908.90 | 908.90 | 0.00 |
| Illinois Dept of Revenue 0414 | Priority | NA | 4,105.00 | 4,105.00 | 4,105.00 | 0.00 |
| Illinois Dept of Revenue 0414 | Unsecured | NA | 412.44 | 412.44 | 8.25 | 0.00 |
| Illinois Student Assistance Commission | Unsecured | 3,742.00 | 3,750.71 | 3,750.71 | 75.01 | 0.00 |
| Illinois Tollway | Unsecured | 5,000.00 | 133,611.05 | 133,611.05 | 2,672.22 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Internal Revenue Service | Priority | 500.00 | 2,790.65 | 2,790.65 | 2,790.65 | 0.00 |
| Internal Revenue Service | Unsecured | NA | 5,041.57 | 5,041.57 | 100.83 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | NA | 549.11 | 549.11 | 10.98 | 0.00 |
| Keis George LLP | Unsecured | 7,723.00 | 7,723.68 | 7,723.68 | 154.47 | 0.00 |
| Keller Graduate School | Unsecured | 2,000.00 | NA | NA | 0.00 | 0.00 |
| Komyatte & Associates | Unsecured | 95.00 | NA | NA | 0.00 | 0.00 |
| Komyatte & Associates | Unsecured | 512.00 | NA | NA | 0.00 | 0.00 |
| Komyatte & Associates | Unsecured | 419.00 | NA | NA | 0.00 | 0.00 |
| NCO Financial Systems | Unsecured | 886.00 | NA | NA | 0.00 | 0.00 |
| NCO Financial Systems | Unsecured | 218.00 | NA | NA | 0.00 | 0.00 |
| NCO Financial Systems | Unsecured | 237.00 | NA | NA | 0.00 | 0.00 |
| Palisades Collection LLC | Unsecured | NA | 139.74 | 139.74 | 2.79 | 0.00 |
| Patients 1st ER Med Consult PC | Unsecured | 1,324.00 | 2,354.94 | 2,354.94 | 47.10 | 0.00 |
| Pay Day Loans | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| Portfolio Recovery Associates | Unsecured | NA | 206.23 | 206.23 | 4.12 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 568.00 | 572.20 | 572.20 | 11.44 | 0.00 |
| Rcs Center Corporation | Unsecured | 114.00 | NA | NA | 0.00 | 0.00 |
| Receivables Management Inc | Unsecured | 200.00 | 900.00 | 900.00 | 18.00 | 0.00 |
| Resurgent Capital Services | Unsecured | 1,582.00 | 2,035.41 | 2,035.41 | 40.71 | 0.00 |
| RJM Acquisitions LLC | Unsecured | 545.00 | 545.84 | 545.84 | 10.92 | 0.00 |
| RJM Acquisitions LLC | Unsecured | 353.00 | 353.79 | 353.79 | 7.08 | 0.00 |
| Tinley Woods Anesthesia Services | Unsecured | 51.43 | NA | NA | 0.00 | 0.00 |
| TL Thompson & Associates | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| United States Dept Of Education | Unsecured | 5,008.00 | 5,066.24 | 5,066.24 | 101.32 | 0.00 |
| Village Of Olympia Fields | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $7,075.00 | $7,075.00 | $380.99 |
| **TOTAL SECURED:** | **$7,075.00** | **$7,075.00** | **$380.99** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $7,804.55 | $7,804.55 | $0.00 |
| **TOTAL PRIORITY:** | **$7,804.55** | **$7,804.55** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$194,340.39** | **$3,886.78** | **$0.00** |

UST Form 101-13-FR-S (9/1/2009)

| Disbursements: | |
|---|---|
| Expenses of Administration | $4,538.16 |
| Disbursements to Creditors | $19,147.32 |
| **TOTAL DISBURSEMENTS** : | **$23,685.48** |

    12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 12/28/2015          By: /s/ Marilyn O. Marshall
                                                  Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**